IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KYLE B. PIERCE,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 15-2404 |
| | : | |
| **TAMMY FERGUSON, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this   12th   day of November, 2015, upon independent review of the petition for writ of *habeas corpus*, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Document #15), there being no Objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for writ of *habeas corpus* is DENIED with prejudice.
3. There is no probable cause to issue a certificate of appealability because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel  
LAWRENCE F. STENGEL, J.