# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE B. PIERCE, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| vs. | : | NO. 15-2404 |
| | : | |
| TAMMY FERGUSON, et al., | : | |
|     Respondents | : | |

## **O R D E R**

**AND NOW,** this 28th day of February, 2018, upon consideration of the petitioner's "motion for grounds for relief from final judgment Order" pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure (Document #22), IT IS HEREBY ORDERED that the motion is DENIED without prejudice to the petitioner's moving in the United States Court of Appeals for the Third Circuit for an Order authorizing the District Court to consider his second or successive petition under 28 U.S.C. § 2254.

                                              BY THE COURT:

                                              */s/ Lawrence F. Stengel*
                                              LAWRENCE F. STENGEL, J.